UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80124-CR-ZLOCH

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                    <u>**O R D E R**</u>

BRANDON CONNORS,

      Defendant.

_____/

    THIS MATTER is before the Court upon Defendant Brandon Connors's Motion For Reduction Of Sentence (DE 41). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The Court notes that Defendant was sentenced to the statutory mandatory minimum of five (5) years, sixty (60) months, as to Counts 3 and 5. Thus, Defendant is ineligible for a reduction in his sentence as to these Counts. Any reduction in the originally imposed sixty (60) months as to Count 1, which was within the guidelines range, would have no effect on the length of Defendant's incarceration.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Defendant Brandon Connors's Motion For Reduction Of Sentence (DE 41) be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __30th__ day of April, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
See Attached Mailing List

UNITED STATES OF AMERICA VS. BRANDON CONNORS
CASE NO. 05-80124-CR-ZLOCH


All Counsel of Record

Brandon Connors, pro se
57334-004
P.O. Box 7007
Marianna, FL 32447-7007